UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-61258-CIV-MARRA

BERNARD FIDEL, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

PAUL RAMPELL, personal representative of the
estate of Herbert M. Pearlman, and DAVID DREILINGER,

    Defendants.
_____/



## FINAL JUDGMENT

THIS CAUSE is before the Court upon the separately entered order granting the Defendants' Motions to Dismiss. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Defendants Paul Rampell and David Dreilinger, and against the Plaintiff, Bernard Fidel, and Plaintiff shall take nothing from Defendants in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March 2005.

                                                        KENNETH A. MARRA
                                                        United States District Judge

copies to:

All counsel of record